## Commonwealth ex rel. Hoke, Appellant, *v.* Hoke.

Submitted November 17, 1975. *Charles A. Bierbach,* for appellant; *Gordon R. Miller,* and *Eckels, Bylstone, Fuller, Kinnunen & Smith,* for appellee.

Order affirmed.